UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OSCAR JOSEPH CAMPOS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RYAN URLACHER,<br><br>　　　　Defendants. | NO.  CV-06-3025-CI<br><br>REPORT AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE |

　　By Order filed May 16, 2006, the court directed Mr. Campos to comply with the filing fee requirements of 28 U.S.C. § 1915(a)(2). Mr. Campos did not comply and has filed nothing further in this action.  Because Plaintiff has failed to pay the filing fee for this action or to comply with *in forma pauperis* requirements, **IT IS RECOMMENDED** this action be **DISMISSED without prejudice.**

**OBJECTIONS**

　　Any party may object to a magistrate judge's proposed findings, recommendations or report within ten (10) days following service with a copy thereof.  Such party shall file with the District Court Executive all written objections, specifically identifying the portions to which objection is being made, and the basis therefor. Attention is directed to Fed. R. Civ. P. 6(e), which adds another three (3) days from the date of mailing if service is by mail.

REPORT AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE -- 1

A district judge will make a *de novo* determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The district judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The district judge may also receive further evidence or recommit the matter to the magistrate judge with instructions. See 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 73, and LMR 4, Local Rules for the Eastern District of Washington. A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The District Court Executive is directed to enter this Report and Recommendation, SET A CASE MANAGEMENT DATE ACCORDINGLY, and forward a copy to Plaintiff.

DATED June 29, 2006.


                   S/ CYNTHIA IMBROGNO
               UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE -- 2