UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OSCAR JOSEPH CAMPOS,<br><br>        Plaintiff,<br><br>  vs.<br><br>RYAN URLACHER,<br><br>        Defendants. | NO. CV-06-3025-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE |

Magistrate Judge Imbrogno filed a Report and Recommendation on June 29, 2006, recommending Mr. Campos's action be dismissed without prejudice for failure to comply with the filing fee requirements of 28 U.S.C. § 1915(a)(2). There being no objections, the court **ADOPTS** the Report and Recommendation. **IT IS ORDERED** the action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address and close the file.

**DATED** this  25th  day of August, 2006.

                                      ***s/Lonny R. Suko***

                                  LONNY R. SUKO
                            UNITED STATES DISTRICT JUDGE